AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>GUTIERREZ, PHILIP S. | 2. Court or Organization<br><br>U.S. DISTRICT COURT - CENTRAL DISTRICT OF CA | 3. Date of Report<br><br>05/14/2012 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE - ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
|---|---|---|

**7. Chambers or Office Address**

255 E. TEMPLE STREET
SUITE 870
LOS ANGELES, CA 90012

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. President | Los Angeles Criminal Justice Inn of Court |
| 2. Board Member | Association of Business Trial Lawyers |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Ontario - Montclair School District |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Association of Business Trial Lawyers | 10/12/11 - 10/16/11 | Santa Barbara, California | Seminar | Lodging, food, seminar fees |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GUTIERREZ, PHILIP S. | 05/14/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bank of America | Credit Card | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GUTIERREZ, PHILIP S. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br>(2)<br>Type (e.g.,<br>div., rent,<br>or int.) | C.<br>Gross value at end<br>of reporting period<br><br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D.<br>Transactions during reporting period<br><br>(1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | <br><br><br>(2)<br>Date<br>mm/dd/yy | <br><br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Bank of America Account | A | Interest | J | T | | | | | |
| 2. State Teachers Retirement System | C | Interest | M | T | | | | | |
| 3. Ontario-Montclair School Dist. 403(b), Putnam Investments | | | | | | | | | |
| 4. - Putnam Equity Income Fund CI-A | A | Dividend | J | T | | | | | |
| 5. - Putnam Growth Opps CI-A | A | Dividend | J | T | | | | | |
| 6. - Putnam Int'l Capital Opps CI-A | A | Dividend | J | T | | | | | |
| 7. - Putnam Research Fund CI-A | A | Dividend | J | T | | | | | |
| 8. Ontario-Montclair Sch. Dist. 403(b), The Best of America IV | | | | | | | | | |
| 9. - DREY VIF2 APPRECIATION PT IS | A | Dividend | J | T | | | | | |
| 10. - FID VIP 2 ASSET MGR PORT | A | Dividend | J | T | | | | | |
| 11. - NVIT INV DEST MOD AGGR 2 | A | Dividend | J | T | | | | | |
| 12. - NVIT MULT-MGR SMCAP VAL I | A | Dividend | J | T | | | | | |
| 13. - NVIT MULT-MGR LG CAP GR I | A | Dividend | J | T | | | | | |
| 14. - OPP GLOBAL SEC FUND/VA III | A | Dividend | J | T | | | | | |
| 15. - NVIT MULTI CAP VAL I | A | Dividend | J | T | | | | | |
| 16. - OPP GLOBAL SEC VA 3 | A | Dividend | J | T | | | | | |
| 17. American Funds, Fundamental Investors-A | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N = $250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q = Appraisal<br>U = Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| GUTIERREZ, PHILIP S. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Lincoln Financial Group (Lincoln National Corp.) | | | | | | | | | |
| 19. - American Funds Bond - Class 2/R | A | Dividend | J | T | | | | | |
| 20. - American Funds Global Growth Inc. | A | Dividend | J | T | | | | | |
| 21. - American Funds Growth | A | Dividend | J | T | | | | | |
| 22. - American Funds Growth Income | A | Dividend | J | T | | | | | |
| 23. Merrill Lynch Wealth Management | | | | | | | | | |
| 24. - Janus INTECH Risk Managed Growth (JRMGX) | A | Dividend | K | T | | | | | |
| 25. Janus Enterprise Class I (JMGRX) | A | Dividend | J | T | | | | | |
| 26. - Columbia Marsico Growth Fund (NMGIX) | A | Dividend | K | T | | | | | |
| 27. - Eaton Vance Large Cap Value Fund (EHSTX) | A | Dividend | K | T | | | | | |
| 28. - Columbia Large Cap Value Fund (NVLEX) | A | Dividend | K | T | | | | | |
| 29. - Goldman Sachs Mid Cap Value Fund (GCMAX) | A | Dividend | J | T | | | | | |
| 30. - Alger Small Cap Growth Fund (ALSRX) | A | Dividend | J | T | | | | | |
| 31. - Artisan International Fund (ARTIX) | A | Dividend | J | T | | | | | |
| 32. - Harbor International Fund (HAINX) | A | Dividend | K | T | | | | | |
| 33. - PIMCO Total Return Fund (PTTPX) | B | Dividend | L | T | | | | | |
| 34. - BlackRock High-Yield Bond Fund (BHYAX) | A | Dividend | J | T | | | | | |

1. Income Gain Codes:         A =$1,000 or less         B =$1,001 - $2,500         C =$2,501 - $5,000         D =$5,001 - $15,000         E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes                J =$15,000 or less       K =$15,001 - $50,000      L =$50,001 - $100,000        M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                              P3 =$25,000,001 - $50,000,000                        P4 =More than $50,000,000
3. Value Method Codes         Q =Appraisal             R =Cost (Real Estate Only)   S =Assessment                 T =Cash Market
   (See Column C2)            U =Book Value            V =Other                   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| GUTIERREZ, PHILIP S. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Metlife Variable Universal Life Fixed Fund | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GUTIERREZ, PHILIP S. | 05/14/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The folowing was inadvertently omitted on my 2010 Financial Disclosure Report:

VII. Investment and Trusts

FID VIP 2 CONTRAFND PORT
Income during reporting period
Amount code: A
Type: Dividend

Trnsaction during reporting period
Type: Sold
Date: 12/10/10
Value Code: J

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ PHILIP S. GUTIERREZ**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544